MARTIN A. BRESLER et al., Appellants, v. WILLIAM T. BRUNT et al., Respondents.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.